■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD FANELLI, Appellant. [19 NYS3d 186]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered April 15, 2008, convicting him of burglary in the second degree (two counts), upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and we have also reviewed the defendant's pro se supplemental brief. Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *People v Hardy*, 130 AD3d 753 [2015]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Rivera, J.P., Dillon, Chambers and LaSalle, JJ., concur.